UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-04682-SVW-SH | Date | August 29, 2013 |
|---|---|---|---|
| Title | Nieves Meza v. Veros Credit LLC et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISCHARGING OSC

The Court, on August 14, 2013, issued an order to show cause why this action should not be dismissed for lack of prosecution. In response, the plaintiff filed a notice of voluntary dismissal on August 21, 2013. Therefore, the Court's OSC is discharged and the matter is dismissed.

:

Initials of Preparer         PMC